**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOE REED, | ) | 3:07-CV-149-BES-RAM |
|   Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JOE BRACKBILL, *et al.*, | ) | |
|   Defendants. | ) | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (#33) ("Recommendation") entered on November 15, 2007, in which the Magistrate Judge recommends that this Court enter an order denying Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction (Doc #14). No objections have been filed.

The Court has conducted a *de novo* review of the record in this case, considering fully all relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. After a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing,

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#33) entered on November 15, 2007, is adopted and accepted without modification. Thus, in accordance with the Report and Recommendation, Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction (#14) is DENIED.

IT IS SO ORDERED.

DATED: This 3rd day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE